UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARRY GUZMAN,

        Petitioner,

-against-

THOMAS GRIFFIN,

        Respondent.

14-CV-8522 (KMK) (JCM)

ORDER

KENNETH M. KARAS, United States District Judge:

On February 20. 2018, Magistrate Judge Judith C. McCarthy entered a Report & Recommendation (the "R&R") recommending that this Court dismiss Petitioner Harry Guzman's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Report & Recommendation ("R&R") 1 (Dkt. No. 22.) In the R&R, Judge McCarthy provided notice that objections to the R&R were due within 14 days of receipt of the R&R (17 days if served by mail) and that failure to object would preclude later appellate review of any order of judgment that will be entered. (*Id.* at 1–2.) No objections were filed.

Because no objections have been filed, the Court reviews the R&R "only for clear error on the face of the record." *See Brennan v. Colvin*, No. 13-CV-6338, 2015 WL 1402204, at *1 (S.D.N.Y. Mar. 25, 2015) (internal quotation marks omitted); *see also Iannolo v. Astrue*, No. 10-CV-7602, 2012 WL 523619, at *1 (S.D.N.Y. Feb. 16, 2012) (same). Having reviewed the R&R for clear error and finding none, the Court adopts the R&R in its entirety.

SO ORDERED.

Dated:    March 14, 2018
             White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE